

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00057-CV

Norma **SULLIVAN**,
Appellant

v.

Juana **MORALES**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2015CV01223
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: February 27, 2019

DISMISSED

On January 30, 2019, the trial court clerk filed a notification of late record, stating that appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record. We ordered appellant to provide written proof to this court by February 12, 2019, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P.

42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Appellant failed to respond. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM